# CERTIFICATE OF SERVICE

I, Gini L. Downing_____ (name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Falcon Express + Courier
947 Underwood Road
Olyphant, PA 18447

Falcon Express & Courier
Attn: SENO, INC - OFFICER OR
DIRECTOR
947 Underwood Road
Olyphant, PA 18447

Falcon Express & Courier
c/o SENO INC.
Attn: Alfred Senofonte, Pres & Alec
Senofonte, VP
947 Underwood Road
Olyphant, PA 18447

Falcon Express + Courier
Attn: Joe Ashkin, CEO
947 Underwood Road
Olyphant, PA 18447

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Falcon Express & Courier
c/o Seno Inc.
713 East Drinker Street
Dunmore, PA 18512

Falcon Express & Courier
713 East Drinker Street
Dunmore, PA 18512

Falcon Express & Courier
c/o Seno, Inc.
713 East Drinker Street
Dunmore, PA 18512

Falcon Express & Courier
c/o Seno, Inc.
Attn: Alec Senofonte VP & Alfred
Senofonte, Pres
947 Underwood Rd
Olyphant, PA 18447-2614

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     February 4, 2022     Signature  */s/ Gini L. Downing*_____

Print Name:     Gini L. Downing_____
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address:     Los Angeles, CA 90067_____

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Falcon Express & Courier
c/o Seno, Inc.
713 East Drinker Street
Dunmore, PA 18512

9590 9402 3367 7227 2904 68

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6787

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Alfred Senofonte_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Alfred Senofonte

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 10 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Falcon Express & Courier
c/o Seno Inc.
713 East Drinker Street
Dunmore, PA 18512

9590 9402 3367 7227 2942 82

2. Article Number (Transfer from service label)

7017 2400 0000 3936 7203

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Alfred Senofonte_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Alfred Senofonte

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 10 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Falcon Express & Courier
c/o Seno, Inc.
Alec Senofonte VP & Alfred Senofonte, Pres
947 Underwood Rd
Olyphant, PA 18447-2614

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3367 7227 2904 75

2. Article Number *(Transfer from service label)*
7017 2400 0000 3936 6794

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
*[handwritten]*  02/07/22 *[handwritten]*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Falcon Express & Courier
713 East Drinker Street
Dunmore, PA 18512

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3367 7227 2942 75

2. Article Number *(Transfer from service label)*
7017 2400 0000 3936 7197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dr Covid 19  ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
Falcon Express  02/17/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt