# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 3/1/2022 |
| Case: 2–22–02028–PRW | Form ID: pdforder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Ilan D Scharf      ischarf@pszjlaw.com
aty      Jason S Pomerantz      jspomerantz@pszjlaw.com
aty      John J Martin      jmartin@martin–law.net

TOTAL: 3