UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br>　Rochester Drug Cooperative, Inc.<br><br>　　　　　Debtor(s) | Case No.: 2–20–20230–PRW<br>Chapter: 11 |
| Advisory Trust Group, LLC<br>as trustee of the RDC Liquidating Trust<br>　　　　　Plaintiff(s)<br>　v.<br>Seno, Inc. d/b/a Falcon Express & Courier<br>Falcon Express & Courier<br>　　　　　Defendant(s) | A.P. No.: 2–22–02028–PRW |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **March 1, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #10:　Order Granting Stipulation By And Between The Liquidating Trustee And Defendants Seno, Inc. D/B/A Falcon Express & Courier; Falcon Express & Courier Regarding Mediation Procedures And Continuance Of Rule 16 Conference Pending Completion Of Mediation. (RE: related doc(s) 8 Motion to Approve Stipulation). Signed on 3/1/2022. NOTICE OF ENTRY. (Putnam, S.)

Date: March 1, 2022　　　　　　　　　　　　　　　　Lisa Bertino Beaser
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form ntcentry/Doc 10
www.nywb.uscourts.gov