# Notice Recipients

District/Off: 0209–2               User: admin               Date Created: 3/1/2022

Case: 2–22–02028–PRW       Form ID: ntcentry           Total: 3

**Recipients of Notice of Electronic Filing:**

aty         Ilan D Scharf        ischarf@pszjlaw.com

aty         Jason S Pomerantz      jspomerantz@pszjlaw.com

aty         John J Martin        jmartin@martin–law.net

                                                               TOTAL: 3