United States Bankruptcy Court
Western District of New York

Advisory Trust Group, LLC,
    Plaintiff

Adv. Proc. No. 22-02028-PRW

Seno, Inc. d/b/a Falcon Express & Courie,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0209-2      User: admin      Page 1 of 1
Date Rcvd: Mar 01, 2022      Form ID: cmotele3      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Falcon Express & Courier |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ilan D Scharf | on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Jason S Pomerantz | on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com |
| John J Martin | on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    Rochester Drug Cooperative, Inc.<br><br>            Debtor(s) | Case No.: 2−20−20230−PRW<br>Chapter: 11 |
| Advisory Trust Group, LLC<br>as trustee of the RDC Liquidating Trust<br>            Plaintiff(s)<br><br>    v.<br><br>Seno, Inc. d/b/a Falcon Express & Courier<br>Falcon Express & Courier<br>            Defendant(s) | A.P. No.: 2−22−02028−PRW |

## CASE MANAGEMENT ORDER
## − CASES BEFORE JUDGE WARREN −
### (CALL−IN INSTRUCTIONS FOR ALL MATTERS SCHEDULED FOR HEARING **ON OR AFTER DECEMBER 1, 2021**)

   ***IMPORTANT: The Court has been assigned new telephone conference numbers. The new numbers must be used for matters scheduled to be heard on or after December 1, 2021.***

   Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353−2301**; (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

   **THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM − AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

   **THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED − ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

   *Courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

   **IT IS SO ORDERED.**

Dated: March 1, 2022                                    /s/
       Rochester, New York          **HONORABLE PAUL R. WARREN**
                                    United States Bankruptcy Judge

Form cmotele3/Doc 9
www.nywb.uscourts.gov